IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

EDGAR GREENE,

      Plaintiff,

v.                                          CIVIL ACTION NO. 1:23-CV-75
                                                (Judge Kleeh)

ICG TYGART VALLEY, LLC.,
d/b/a ACI TYGART VALLEY,
a Missouri, LLC,

      Defendant.

## AGREED DISMISSAL ORDER

On this day came Plaintiff Edgar Greene, by counsel, J. Ryan Stewart and the law firm of Bailey, Javins & Carter, LC, and Defendant ICG Tygart Valley, LLC d/b/a ACI Tygart Valley, LLC ("ICG"), by counsel, Michael J. Moore and the law firm of Steptoe & Johnson PLLC, and announced to the Court that all matters in controversy in the above-captioned civil action have been fully compromised, agreed and settled. Edgar Greene and ICG, therefore, jointly move the Court to dismiss this action, with prejudice.

There being no objection, and the Court perceiving none, it is **ORDERED** that this action is dismissed, with prejudice, and that all parties bear their own costs in this matter.

It is **ORDERED** that the Clerk of the Court provide counsel of record for each party with an attested copy of this Order.

ENTER:     July 8, 2025

                                                                         Judge Thomas S. Kleeh

26451911.1

Prepared by:

*/s/Michael J. Moore*
C. David Morrison (WV ID #2643)
Michael J. Moore (WV ID #12009)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000

*Counsel for Defendant*

Agreed to by:

*/s/ J. Ryan Stewart*
D. Blake Carter, Jr. (WV ID #9970)
J. Ryan Stewart (WV ID #10796)
Bailey, Javins & Cater, LC
213 Hale Street
Charleston, West Virginia 25301
(304) 345-0346

*Counsel for Plaintiff*

26451911.1